**KLEIN CIVIL RIGHTS**

305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

April 11, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is GRANTED. The initial pretrial conference is rescheduled to **June 17, 2025** at **12:00 p.m.**
>
> Date:  April 11, 2025
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Adam Palacios v. City of New York, et al.*, 24 CV 4822 (JLR)

Dear Judge Rochon:

I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel to request an adjournment of the initial conference scheduled for April 22, 2025, at 12:30 p.m., and a corresponding extension of time to file the joint letter and case management plan due in advance of the initial conference.

The reason for this request is that the parties are still actively engaged in mediation under the Southern District's Local Rule 83.10 plan. The parties attended a mediation session on April 4, 2025 and a second mediation session is now scheduled for May 12, 2025. Given the parties ongoing efforts to try to resolve this matter through mediation, we respectfully request an adjournment of the initial conference to a date convenient to the Court in mid-June to allow the parties sufficient time to exhaust these efforts.

Thank you for your consideration.

Respectfully submitted,

*Brett Klein*

Brett H. Klein

cc:   All Counsel